# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| IN RE: ZANTAC (RANITIDINE) PRODUCTS LIABILITY LITIGATION | MDL NO 2924<br>20-MD-2924<br><br>JUDGE ROBIN ROSENBERG<br><br>MAGISTRATE JUDGE BRUCE REINHART |

**THIS DOCUMENT RELATES TO:**

Franklin Guzman                                    **JURY TRIAL DEMANDED**

## SHORT-FORM COMPLAINT

The Plaintiff named below, by counsel, files this Short Form Complaint against Defendants named below. Plaintiff incorporates by reference the allegations contained in the Master Personal Injury Complaint ("MPIC") in *In re: Zantac (Ranitidine) Products Lability Litigation,* MDL No. 2924 (S.D. Fla). Plaintiff files this Short-Form Complaint as permitted by Pretrial Order No. 31.

Plaintiff selects and indicates by completing where requested, the Parties and Causes of Actions specific to this case. Where certain claims require additional pleading or case specific facts and individual information, Plaintiff shall add and include them herein.

Plaintiff, by counsel, alleges as follows:

### I.   PARTIES, JURISDICTION, AND VENUE

**A. PLAINTIFF(S)**

1. Plaintiff(s) Franklin Guzman ("Plaintiff(s)") brings this action (check the applicable designation):

☒ On behalf of himself;
☐ In representative capacity as the, on behalf of the injured party, (Injured Party's Name).

2. Injured Party is currently a resident and citizen of Yonkers, Westchester County, New York and claims damages as set forth below.

**B. DEFENDANT(S)**

3. Plaintiff(s) name(s) the following Defendants from the Master Personal Injury Complaint in this action:

   **a. Brand Manufacturers:** Boehringer Ingelheim; GlaxoSmithKline, Pfizer; Sanofi

   **b. Generic Manufacturers:** Acic Pharmaceuticals; Ajanta; Amneal; ANDA Repository; Ani Pharmaceuticals; Apotex; Appco Pharma LLC; Autobindo; Contract Pharmacal; Dr. Reddy's; Geri-Care; Glenmark; Granules; Heritage; Hikma; Hi-Tech; JB Chemicals; Lannett; Mylan; Nostrum; Novitium; PAI; Par Pharmaceutical; Perrigo; Sandoz; Strides; Taro; Teva; Torrent; VKT; Wockhardt; Zydus-Cadila

   **c. Distributors:** Amerisource Bergen; Cardinal Health; Chattem; McKesson

   **d. Retailers:** Walmart Inc. f/k/a Wal-Mart Stores, Inc.

   **e. Repackagers:** Denton Pharma; GSMS; Precision Dose; Amerisource Health Services, LLC d/b/a American Health Packaging

   **f. Others Not Named in the MPIC:**

**C. JURISDICTION AND VENUE**

7. Identify the Federal District Court in which Plaintiff(s) would have filed this action in the absence of Pretrial Order No. 11 (direct filing) [or, if applicable,

the District Court to which their original action was removed]: Southern District of New York

8. Jurisdiction is proper upon diversity of citizenship.

## II. PRODUCT USE

9. The Injured Party used Zantac and/or ranitidine: [*Check all that apply*]

☒ By prescription

☒ Over the counter

10. The Injured Party used Zantac and/or generic ranitidine from approximately 2016 to 2019.

## III. PHYSICAL INJURY

11. As a result of the Injured Party's use of the medications specified above, he was diagnosed with the following specific type of cancer (check all that apply):

| Check all that apply | Cancer Type | Approximate Date of Diagnosis |
|---|---|---|
|  | BLADDER CANCER |  |
|  | BRAIN CANCER |  |
|  | BREAST CANCER |  |
|  | COLORECTAL CANCER |  |
|  | ESOPHAGEAL/THROAT/NASAL CANCER |  |
|  | INTESTINAL CANCER |  |
|  | KIDNEY CANCER |  |
|  | LIVER CANCER |  |
|  | LUNG CANCER |  |
|  | OVARIAN CANCER |  |
|  | PANCREATIC CANCER |  |
|  | PROSTATE CANCER |  |
| X | STOMACH CANCER | 2019 |
|  | TESTICULAR CANCER |  |
|  | THYROID CANCER |  |
|  | UTERINE CANCER |  |
|  | OTHER CANCER: |  |
|  | DEATH (CAUSED BY CANCER) |  |

12. Defendants, by their actions or inactions, proximately caused the injuries to Plaintiff(s).

## IV.   CAUSES OF ACTION ASSERTED

13. The following Causes of Action asserted in the Master Personal Injury Complaint are asserted against the specified defendants in each class of Defendants enumerated therein, and the allegations with regard thereto are adopted in this Short Form Complaint by reference:

| Check if Applicable | COUNT | Cause of Action |
|---|---|---|
| X | I | STRICT PRODUCTS LIABILITY – FAILURE TO WARN |
| X | II | STRICT PRODUCTS LIABILITY – DESIGN DEFECT |
| X | III | STRICT PRODUCTS LIABILITY – MANUFACTURING DEFECT |
| X | IV | NEGLIGENCE – FAILURE TO WARN |
| X | V | NEGLIGENT PRODUCT DESIGN |
| X | VI | NEGLIGENT MANUFACTURING |
| X | VII | GENERAL NEGLIGENCE |
| X | VIII | NEGLIGENT MISREPRESENTATION |
| X | IX | BREACH OF EXPRESS WARRANTIES |
| X | X | BREACH OF IMPLIED WARRANTIES |
| X | XI | VIOLATION OF CONSUMER PROTECTION AND DECEPTIVE TRADE PRACTICES LAWS and specify the state's statute below: Florida Statute § 501.201-501.213 |

| | | |
|---|---|---|
| X | XII | UNJUST ENRICHMENT |
| | XIII | LOSS OF CONSORTIUM |
| | XIV | SURVIVAL ACTION |
| | XV | WRONGFUL DEATH |
| | XVI | OTHER: |
| | XVII | OTHER: |

If Count XVI or Count XVII is alleged, additional facts supporting the claim(s):

_____

_____

_____

_____

### V.  JURY DEMAND

14.	Plaintiff(s) hereby demand(s) a trial by jury as to all claims in this action.

## VI.  PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff(s) has/have been damaged as a result of Defendants' actions or inactions and demand(s) judgment against Defendants on each of the above-referenced causes of action, jointly and severally to the full extent available in law or equity, as requested in the Master Personal Injury Complaint.

    THE LAW OFFICES OF
    BERMAN & BERMAN, P.A.
    Attorneys for Plaintiffs
    Post Office Box 272789
    Boca Raton, Florida 33427
    Telephone: (561) 826-5200
    Facsimile: (561) 826-5201

    *By: /s/ Jodi C. Page, Esq            .*
    Jodi C. Page, Esq.
    Florida Bar No.: 174629
    Service@thebermanlawgroup.com
    jpage@thebermanlawgroup.com